IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: November 04, 2009



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22051/0068748144

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Terence Alan Webb and Susan Louise Webb<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Terence Alan Webb and Susan Louise Webb, Debtors; Roger W. Brown, Trustee.<br><br>      Respondents. | No. 2:09-bk-20371-RJH<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 8) |

This matter having come before the Court for a Preliminary Hearing on November 2, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, HYMSON & GOLDSTEIN P.C., and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 13, 2006, and recorded on September

16, 2006, in the office of the Maricopa County Recorder at Instrument No. 20061216405 wherein Wells Fargo Bank, N.A. is the current beneficiary and Terence Alan Webb and Susan Louise Webb have an interest in, further described as:

    LOT 140, OF CASA BUENA II, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 199 OF MAPS, PAGE 46.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective December 2, 2009** in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT